

| | |
|---|---|
| Daniel M. Forman<br>617.570.1793<br>dforman@<br>goodwinprocter.com | Goodwin Procter LLP<br>Counselors at Law<br>Exchange Place<br>Boston, MA 02109<br>T: 617.570.1000<br>F: 617.523.1231 |

January 24, 2014

**BY: ECF**

Honorable Mark L. Wolf
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re:   *MIT and Children's Medical Center Corporation v. Shire plc, et al.*
      *D. Mass. Civ. A. No. 13-cv-10020*

Dear Judge Wolf:

As you requested during yesterday's scheduling conference in the above-referenced matter, I have attached the correspondence referred to in paragraphs 21 and 22 of the Amended Complaint.

Sincerely,


/s/ Daniel M. Forman

Counsel for plaintiffs Massachusetts Institute of Technology and
Children's Medical Center Corporation

ACTIVE/71206335.1

January 24, 2014
Page 2

## CERTIFICATE OF SERVICE

     I, Daniel M. Forman, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on January 24, 2014.

                                                        /s/ Daniel M. Forman